# United States Court of Appeals

## For the First Circuit

No. 17-1900

KIRK LASSEND,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on August 2, 2018, is amended as follows:

On page 36, carryover footnote 16, replace "§ 2k2.1(b)(4)(A)" with "§ 2K2.1(b)(4)(A)".